Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Caylin W. Jones (SBN 327829)
E-mail: cjones@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Defendants
CITY OF SHAFTER (Also erroneously sued herein as CITY OF SHAFTER POLICE DEPARTMENT), CHIEF OF POLICE KEVIN ZIMMERMANN, SERGEANT LIONEL LOPEZ, JR., and OFFICER MAIRA PUENTE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS PONCE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF SHAFTER, CITY OF SHAFTER POLICE DEPARTMENT, CHIEF OF POLICE KEVIN ZIMMERMANN, SERGEANT LIONEL LOPEZ, JR., OFFICER MAIRA PUENTE AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>　　　　Defendants. | Case No. 1:22-cv-01013-JLT-CDB<br><br>**ORDER STAYING CASE PENDING THE RESOLUTION OF PLAINTIFF'S CRIMINAL CHARGES**<br><br>Judge:　　Hon. Jennifer L. Thurston<br><br>Magistrate<br>Judge:　　Hon. Christopher D. Baker |

　　　　Pursuant to the parties' stipulation, **IT IS HEREBY ORDERED:**

　　　　1.　　This case is stayed pending the resolution of the criminal charges against Plaintiff in <u>People v. Jesus Eduardo Gonzalez-Ponce</u>, Kern County Superior Court Case No. BF18738A (hereinafter "the Criminal Action");

　　　　2.　　Within 30 days of the conclusion of the Criminal Action, the parties shall submit a Joint Report advising the Court that the stay of this matter should be lifted; and

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4891-9981-3942 v2

ORDER STAYING CASE
1:22-CV-01013-JLT-CDB

3. The parties shall submit a Joint Status Report regarding the status of the Criminal Action to this Court every 120 days during the pendency of this stay.

IT IS SO ORDERED.

Dated: **October 11, 2022**

_____
UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4891-9981-3942 v2

- 2 -

ORDER STAYING CASE
1:22-CV-01013-JLT-CDB